(128 So. 907)
**Clyde BEACH, alias Steve Hardy, v. STATE.**
I Div. 597.

Supreme Court of Alabama.
June 14, 1930.

PER CURIAM.
Appeal dismissed by appellant.

(128 So. 907)
**W. O. BICE et al. v. T. L. BONNER.**
8 Div. 151.

Supreme Court of Alabama.
May 22, 1930.

PER CURIAM.
Appeal dismissed for want of prosecution.

(128 So. 907)
**BIRMINGHAM COAL & IRON CO. et al. v. J. M. STEVERSON et al.**
6 Div. 550.

Supreme Court of Alabama.
April 24, 1930.

PER CURIAM.
Appeal dismissed.

(128 So. 907)
**Lura Durden BLAKEMORE v. J. B. STEWART.**
7 Div. 913.

Supreme Court of Alabama.
May 27, 1930.

Appeal dismissed for want of prosecution.
PER CURIAM.

(127 So. 913)
**H. P. BLUE v. John C. GRAHAM.**
4 Div. 470.

Supreme Court of Alabama.
March 20, 1930.

PER CURIAM.
Appeal dismissed by appellant.

(127 So. 914)
**BLUE DIAMOND CO., Inc., v. Christine SMITH.**
6 Div. 593.

Supreme Court of Alabama.
April 3, 1930.

PER CURIAM.
Appeal dismissed by appellant.

(127 So. 914)
**B. C. BRENNER v. B. FRANK.**
2 Div. 944.

Supreme Court of Alabama.
March 20, 1930.

W. F. Herbert, of Demopolis, for appellant.
E. F. Hildreth and J. F. Aldridge, both of Eutaw, for appellee.

PER CURIAM.
Appeal dismissed by appellant.

(128 So. 907)
**Jack BROWN, alias Browning, v. STATE.**
2 Div. 952.

Supreme Court of Alabama.
May 1, 1930.